

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00112-CV

### IN RE PATRIARCH PARTNERS MANAGEMENT GROUP, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: March 11, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator, Patriarch Partners Management Group, LLC, filed this petition for writ of mandamus on February 27, 2015, with a motion for emergency stay.

On March 6, 2015, relator filed a motion to dismiss the petition and motion for emergency stay as moot, advising that subsequent actions taken by the trial court and the parties have rendered the relief sought by the mandamus petition moot. Accordingly, the petition for writ of mandamus and the accompanying motion for emergency relief are dismissed as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-06972, styled *Procesos Especializados en Metal, S.A. de C.V. d/b/a Prometal v. Patriarch Partners Management Group, LLC*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.